Terence HOLLOWAY,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 85919.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 11, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 25, 2006.

Application for Transfer Denied
June 30, 2006.

Michelle Murphy Rivera, St. Louis, MO, for appellant.

Deborah Daniels, Richard Anthony Starnes—co-counsel, Jefferson City, MO, for respondent.

Before NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Terence Holloway (Movant) appeals from a judgment granting, after an evidentiary hearing, his motion for post-conviction relief filed under Rule 24.035,[1] but denying his requested remedy. We have reviewed the briefs of the parties and the record on appeal and conclude that the findings and conclusions of the motion court are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo. R.Crim. P.2005, unless otherwise indicated.